UNITED STATES DISTRICT COURT
DISTRICT OF WESTERN MASSACHUSETTS

DOCKET NO.

**3:00 CV 30165 FHF**

KIMBERLY SMITH, p.p.a. NANCY SMITH,
Mother and Guardian;   SHAKEENA PIERSON,
p.p.a. NADAN HOUSEY, Mother and Guardian;
SHAKYA PIERSON, p.p.a. NADAN HOUSEY,
Mother and Guardian; MELISSA N. GUMLAW
Plaintiffs

v.

CITY OF SPRINGFIELD, PETER NEGRONI
and ROBERT MILLER,
Defendants

RECEIPT # _304302_
AMOUNT $ _150.00_
SUMMONS ISS. _____
LOCAL RULE 4.1 _____
WAIVER OF SERV. _____
MCF ISSUED _____
AO 120 OR 121 _____
BY DPTY CLK _MB_
DATE _9/20/00_

## JURISDICTION AND VENUE

1.     Plaintiffs institute these proceedings and invokes the jurisdiction of this court under and by

virtue 42 USC Sec. 1983.

## PARTIES

2.     Plaintiff, Kimberly Smith, is a citizen of the United States of America and at all times

relevant hereto resided at 76 Hampden Street, Indian Orchard, MA.

3.     Plaintiff, Shakeena Pierson, is a citizen of the United States of America and at all times

relevant hereto resided at 515 Berkshire Avenue, Springfield, MA.

4.     Plaintiff, Shakya Pierson, is a citizen of the United States of America and at all times

relevant hereto resided at 515 Berkshire Avenue, Springfield, MA.

5.     Defendant, City of Springfield, is a municipal corporation within the Commonwealth of

1

Massachusetts and at all times relevant hereto operated the public school system within the City of Springfield, MA.

6. Peter Negroni, at all times relevant hereto, was an employee of the City of Springfield and was the Superintendent of Schools.

7. Robert Miller, at all times relevant hereto, was an employee of the City of Springfield and was a public school teacher.

## COUNT ONE

8. At all times, while Robert Miller was a teacher at Warner School in Springfield. During his tenure as a teacher in Warner School, the plaintiff, Kimberly Smith alleges that Robert Miller, sexually harassed, sexually annoyed and sexually assaulted and battered her.

9. The plaintiff, Kimberly Smith alleges that Robert Miller's actions constituted a violation of her civil rights, emotional distress, pain and suffering, and post traumatic stress.

WHEREFORE the plaintiff, Kimberly Smith respectfully prays this Court grant compensatory damages in the amount of $100,000.00. Grant Punitive Damages in the amount of $500,000.00; and Grant her costs of this action including reasonable attorney's fees.

## COUNT TWO

10. At all times, while Robert Miller was a teacher at Warner School in Springfield. During his tenure as a teacher in Warner School, the plaintiff, Shakeena Pierson alleges that Robert Miller, sexually harassed, sexually annoyed and sexually assaulted and battered her.

11. The plaintiff, Shakeena Pierson alleges that Robert Miller's actions constituted a violation

2

of her civil rights, emotional distress, pain and suffering, and post traumatic stress.

WHEREFORE the plaintiff, Shakeena Pierson respectfully prays this Court grant compensatory damages in the amount of $100,000.00. Grant Punitive Damages in the amount of $500,000.00; and Grant her costs of this action including reasonable attorney's fees.

## COUNT THREE

12. At all times, while Robert Miller was a teacher at Warner School in Springfield. During his tenure as a teacher in Warner School, the plaintiff, Shakya Pierson alleges that Robert Miller, sexually harassed, sexually annoyed and sexually assaulted and battered her.

13. The plaintiff, Shakya Pierson alleges that Robert Miller's actions constituted a violation of her civil rights, emotional distress, pain and suffering, and post traumatic stress.

WHEREFORE the plaintiff, Shakya Pierson respectfully prays this Court grant compensatory damages in the amount of $100,000.00. Grant Punitive Damages in the amount of $500,000.00; and Grant plaintiff her costs of this action including reasonable attorney's fees.

## COUNT FOUR

14. At all times, while Robert Miller was a teacher at Warner School in Springfield. During his tenure as a teacher in Warner School, the plaintiff, Melissa N. Gumlaw alleges that Robert Miller, sexually harassed, sexually annoyed and sexually assaulted and battered her.

15. The plaintiff, Melissa N. Gumlaw alleges that Robert Miller's actions constituted a violation of her civil rights, emotional distress, pain and suffering, and post traumatic stress.

WHEREFORE the plaintiff, Melissa N. Gumlaw respectfully prays this Court grant

3

compensatory damages in the amount of $100,000.00. Grant Punitive Damages to in the amount of $500,000.00; and Grant plaintiff her costs of this action including reasonable attorney's fees.

## COUNT FIVE

16. Plaintiff Kimberly Smith adopts by reference paragraphs 1 through 10.

17. The City of Springfield, at all times relevant hereto, was responsible for the protection of the plaintiff, Kimberly Smith from constitutionally prohibited violations of bodily integrity.

18. The City of Springfield failed to perform its duty to protect the plaintiff, Kimberly Smith from violation of bodily integrity.

WHEREFORE the plaintiff, Kimberly Smith respectfully prays this Court grant compensatory damages in the amount of $100,000.00. Grant Punitive Damages in the amount of $500,000.00; and Grant plaintiff her costs of this action including reasonable attorney's fees.

## COUNT SIX

19. Plaintiff Shakeena Pierson adopts by reference paragraphs 1 through

20. The City of Springfield, at all times relevant hereto, was responsible for the protection of the plaintiff, Shakeena Pierson from constitutionally prohibited violations of bodily integrity.

21. The City of Springfield failed to perform its duty to protect the plaintiff, Shakeena Pierson from violation of bodily integrity.

WHEREFORE the plaintiff, Shakeena Pierson respectfully prays this Court grant compensatory damages in the amount of $100,000.00. Grant Punitive Damages in the amount of $500,000.00; and Grant plaintiff her costs of this action including reasonable attorney's fees.

4

## COUNT SEVEN

22. Plaintiff Shakya Pierson adopts by reference paragraphs 1 through

23. The City of Springfield, at all times relevant hereto, was responsible for the protection the plaintiff, Shakya Pierson from constitutionally prohibited violations of bodily integrity.

24. The City of Springfield failed to perform its duty to protect the plaintiff, Shakya Pierson from violation of bodily integrity.

WHEREFORE the plaintiff, Shakya Pierson respectfully prays this Court grant compensatory damages in the amount of $100,000.00. Grant Punitive Damages in the amount of $500,000.00; and Grant plaintiff her costs of this action including reasonable attorney's fees.

## COUNT EIGHT

25. Plaintiff Melissa N. Gumlaw adopts by reference paragraphs 1 through

26. The City of Springfield, at all times relevant hereto, was responsible for the protection the plaintiff, Melissa N. Gumlaw from constitutionally prohibited violations of bodily integrity.

27. The City of Springfield failed to perform its duty to protect the plaintiff, Melissa N. Gumlaw from violation of bodily integrity.

WHEREFORE the plaintiff, Melissa N. Gumlaw respectfully prays this Court grant compensatory damages in the amount of $100,000.00. Grant Punitive Damages in the amount of $500,000.00; and Grant plaintiff her costs of this action including reasonable attorney's fees.

## COUNT NINE

28. Plaintiff Kimberly Smith adopts by reference paragraphs 1 through

29. At all times relevant hereto, Peter Negroni, was the superintendent of schools.

30. The plaintiff, Kimberly Smith alleges that Robert Miller's actions involving a violation of her civil rights and sexual abuse as well as complaints by others, was ignored by Peter J. Negroni and as a result Robert Miller continued to violate the plaintiff's civil rights and to abuse her.

31. Peter J. Negroni's wanton and wilful behavior resulted in the plaintiff, Kimberly Smith sustaining a violation of her civil rights, emotional distress, pain and suffering and post traumatic stress.

WHEREFORE plaintiff, Kimberly Smith respectfully prays this Court grant compensatory damages in the amount of $100,000.00. Grant Punitive Damages in the amount of $500,000.00; and Grant plaintiff her costs of this action including reasonable attorney's fees.

## COUNT TEN

32. Plaintiff Shakeena Pierson adopts by reference paragraphs 1 through

33. At all times relevant hereto, Peter Negroni, was the superintendent of schools.

34. The plaintiff, Shakeena Pierson alleges that Robert Miller's actions involving a violation of her civil rights and sexual abuse as well as complaints by others, was ignored by Peter J. Negroni and as a result Robert Miller continued to violate the plaintiff's civil rights and to abuse her.

35. Peter J. Negroni's wanton and wilful behavior resulted in the plaintiff, Shakeen Pierson

6

sustaining a violation of her civil rights, emotional distress, pain and suffering and post traumatic stress.

WHEREFORE plaintiff, Shakeena Pierson respectfully prays this Court grant compensatory damages in the amount of $100,000.00. Grant Punitive Damages in the amount of $500,000.00; and Grant plaintiff her costs of this action including reasonable attorney's fees.

## COUNT ELEVEN

36.    Plaintiff Shakya Pierson adopts by reference paragraphs 1 through

37.    At all times relevant hereto, Peter Negroni, was the superintendent of schools.

38.    The plaintiff, Shakya Pierson alleges that Robert Miller's actions involving a violation of her civil rights and sexual abuse as well as complaints by others, was ignored by Peter J. Negroni and as a result Robert Miller continued to violate the plaintiff's civil rights and to abuse her.

39.    Peter J. Negroni's wanton and wilful behavior resulted in the plaintiff, Shakya Pierson sustaining a violation of her civil rights, emotional distress, pain and suffering and post traumatic stress.

WHEREFORE plaintiff, Shakya Pierson respectfully prays this Court grant compensatory damages in the amount of $100,000.00. Grant Punitive Damages in the amount of $500,000.00; and Grant plaintiff her costs of this action including reasonable attorney's fees.

## COUNT TWELVE

40.    Plaintiff Melissa N. Gumlaw adopts by reference paragraphs 1 through

41.    At all times relevant hereto, Peter Negroni, was the superintendent of schools.

7

42.    The plaintiff, Melissa N. Gumlaw alleges that Robert Miller's actions involving a violation of her civil rights and sexual abuse as well as complaints by others, was ignored by Peter J. Negroni and as a result Robert Miller continued to violate the plaintiff's civil rights and to abuse her.

43.    Peter J. Negroni's wanton and wilful behavior resulted in the plaintiff, Melissa N. Gumlaw sustaining a violation of her civil rights, emotional distress, pain and suffering and post traumatic stress.

WHEREFORE    plaintiff, Melissa N. Gumlaw respectfully prays this Court grant compensatory damages in the amount of $100,000.00.  Grant Punitive Damages in the amount of $500,000.00;  and Grant  plaintiff her costs of this action including reasonable attorney's fees.

Joseph P. Minardi, Esq.
Attorney for Plaintiffs
1145 Main Street - Suite 403
Springfield, MA 01103
(413) 781-1144, FAX (413) 737-0377
B.B.O. # 348360

8